Misc. No. 11–8037/AF. In re Keith M. Hall, Petitioner, v. Commander Robert Stover, USN, Commanding Officer, Naval Consolidated Brig, Miramar, California and the United States, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, a writ of mandamus, was filed under Rule 27(a). On consideration thereof, it is ordered that Respondents show cause no later than 5:00 p.m. this date why the requested relief should not be granted.

No. 11–0361/AR. U.S. v. Mark C. Chartier. CCA 20100312. Appellant's motion to attach defense appellate exhibits is denied. Appellee's motion to file an answer to the supplement out of time is granted.

No. 11–5001/NA. U.S. v. Justin H. McMurrin. CCA 200900475. Appellant's motion for issuance of mandate forthwith is granted.

Tuesday, May 31, 2011

No. 11–0453/AR. U.S. v. Aaron M. Mitchell. CCA 20100713. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-*

*SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0454/AR. U.S. v. Oren A. Reece. CCA 20100448. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

